IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO:

COTOVANU CLAUDIU-DUMITRU

Defendant.

1: 17 MJ 0 0 1 4 1 SAB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum      ☒ Ad Testificandum

Name of Detainee: COTOVANU CLAUDIU-DUMITRU

Detained at: TAFT CI

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☒ a witness not otherwise available by ordinary process of the Court for hearing pursuant to **18 U.S.C. § 4107**

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until the time of transfer to a foreign country pursuant to to **18 U.S.C. § 4102(3) & (6)**

Appearance is necessary *SEPTEMBER 6, 2017* or *11:00 a.m.* in the courtroom of **United States Magistrate Judge Stanley A. Boone**

Signature: _____

Printed Name & Phone No: Mark J. Mckeon/559-497-4048

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum      ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on DATE AND TIME and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Aug 25, 2017**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | 65600-112 | DOB: | 10-11-1982 |
| Facility Address: | 1500 Cadet RD, Taft, CA 93268 | Race: | White |
| Facility Phone: | | FBI#: | |
| Currently | Taft CI | | |

### RETURN OF SERVICE

Executed on: _____ _____

(signature)