# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS pursuant to 18 U.S.C. § 4100, et seq., UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COTOVANU CLADUR-DUMITRU,<br><br>Defendant. | Case No. 1:17-mj-00141-SAB<br><br>ORDER |

Pursuant to 28 U.S.C. § 636(g), the Honorable Stanley A. Boone, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4107 commencing on or about September 6, 2017, in Fresno, California, relating to the proposed transfer of offender from the United States of America to ROMANIA, and is also Authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Dated: **September 5, 2017**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE